UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| HILTI, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE UNITED STATES, et al., <br><br> Defendants. | Court No.   21-00216 |

**ORDER OF ASSIGNMENT**

Pursuant to 28 U.S.C. § 253(c) and Rule 77(e) of the Rules of this Court, the above entitled action is assigned to a three-judge panel consisting of Judge Timothy C. Stanceu, Judge Jennifer Choe-Groves and Judge M. Miller Baker.

                                                          /s/ Mark A. Barnett
                                                          Mark A. Barnett
                                                          Chief Judge

DATED:   May 12, 2021