UNITED STATES COURT OF INTERNATIONAL TRADE

Before:   Hon. Timothy C. Stanceu, Hon. Jennifer Choe-Groves, Hon. M. Miller Baker

---------------------------------------------------------------X
                                                               :
HILTI, INC.,                                                   :
                                                               :
                      Plaintiff,                               :
                                                               :
                                                               :
            v.                                                 :
THE UNITED STATES;                                             :
JOSEPH R. BIDEN, JR., in his official capacity as              :
PRESIDENT OF THE UNITED STATES;                                :   Court No. 21-00216-TCS-JCG-MBB
UNITED STATES CUSTOMS AND BORDER                               :
PROTECTION; TROY MILLER in his official                        :   PUBLIC VERSION
capacity as SENIOR OFFICIAL PERFORMING                         :
THE DUTIES OF THE COMMISSIONER OF U.S.                         :
CUSTOMS AND BORDER PROTECTION;                                 :
UNITED STATES DEPARTMENT OF                                    :
COMMERCE; and GINA RAIMONDO in her                             :
official capacity as SECRETARY OF COMMERCE:                    :
                                                               :
                      Defendants.                              :
                                                               :
---------------------------------------------------------------X

## ORDER

Upon consideration of the Consent Motion to Enjoin Liquidation of Unliquidated Entries Subject to Proclamation 9980 filed by Hilti, Inc. and upon consideration of all other papers and proceedings herein, it is hereby **ORDERED**:

That, by consent of the parties, the following order is **ENTERED**:

**ORDERED** that United States Customs and Border Protection is enjoined from liquidating entries that remain unliquidated as of the date of this order and that were filed on or after 12:01 am, February 8, 2020, by Hilti, Inc, (Importer Number [_____]) of articles that are subject to duty deposits pursuant to Proclamation 9980 published at 85 Fed. Reg. 5281 (January 29, 2020);

2

**IT IS FURTHER ORDERED** that this Order shall be effective from the date of issuance until the date of final resolution of the merits of this case, including through any appellate process, or until the injunction is otherwise dissolved or modified by this Court.

**SO ORDERED**.

_____
Judge

Dated: _____, 2021
        New York, New York