UNITED STATES COURT OF INTERNATIONAL TRADE

Before:     Hon. Timothy C. Stanceu, Hon. Jennifer Choe-Groves, Hon. M. Miller Baker

---------------------------------------------------------------X
                                                               :
HILTI, INC.,                                                   :
                                                               :
                    Plaintiff,                                 :
                                                               :
                                                               :
            v.                                                 :
THE UNITED STATES;                                             :
JOSEPH R. BIDEN, JR., in his official capacity as              :
PRESIDENT OF THE UNITED STATES;                                :   Court No. 21-00216-TCS-JCG-MMB
UNITED STATES CUSTOMS AND BORDER                               :
PROTECTION; TROY MILLER in his official                        :
capacity as SENIOR OFFICIAL PERFORMING                         :
THE DUTIES OF THE COMMISSIONER OF U.S.                         :
CUSTOMS AND BORDER PROTECTION;                                 :
UNITED STATES DEPARTMENT OF                                    :
COMMERCE; and GINA RAIMONDO in her                             :
official capacity as SECRETARY OF COMMERCE:                    :
                                                               :
                    Defendants.                                :
---------------------------------------------------------------X

**ORDER**

Upon consideration of plaintiff's consent motion to stay, and upon other papers and proceedings herein, and upon due deliberation, it is hereby:

ORDERED that plaintiff's consent motion be granted; and it is further,

ORDERED that the above-captioned matter is stayed until 65 days after a final decision in *PrimeSource Building Products, Inc. v. United States, et. al.*, No. 20-00032, 2021 Ct. Intl. Trade LEXIS 36 (Ct. Int'l Trade Apr. 5, 2021), *appeal docketed*, 21-2066 (Fed. Cir. June 17, 2021).

                                                                    _____
                                                                                            Judge

Dated this ___ day of ____, 2021.
New York, New York.