## UNITED STATES COURT OF INTERNATIONAL TRADE

Before: Hon. Timothy C. Stanceu, Hon. Jennifer Choe-Groves, Hon. M. Miller Baker

---------------------------------------------------------------X
:
HILTI, INC., :
:
                Plaintiff, :
:
:
       v. :
THE UNITED STATES; :
JOSEPH R. BIDEN, JR., in his official capacity as :
PRESIDENT OF THE UNITED STATES; : Court No. 21-00216-TCS-JCG-MMB
UNITED STATES CUSTOMS AND BORDER :
PROTECTION; TROY MILLER in his official :
capacity as SENIOR OFFICIAL PERFORMING :
THE DUTIES OF THE COMMISSIONER OF U.S. :
CUSTOMS AND BORDER PROTECTION; :
UNITED STATES DEPARTMENT OF :
COMMERCE; and GINA RAIMONDO in her :
official capacity as SECRETARY OF COMMERCE: 
:
                Defendants. :
---------------------------------------------------------------X

## **ORDER**

Upon consideration of plaintiff's consent motion to stay, and upon other papers and proceedings herein, and upon due deliberation, it is hereby:

ORDERED that plaintiff's consent motion be granted; and it is further,

ORDERED that the above-captioned matter is stayed until 65 days after a final decision in *PrimeSource Building Products, Inc. v. United States, et. al.*, No. 20-00032, 2021 Ct. Intl. Trade LEXIS 36 (Ct. Int'l Trade Apr. 5, 2021), *appeal docketed*, 21-2066 (Fed. Cir. June 17, 2021).

Dated: July 1, 2021  
New York, New York

/s/ Timothy C. Stanceu  
TIMOTHY C. STANCEU, JUDGE  
/s/ Jennifer Choe-Groves  
JENNIFER CHOE-GROVES, JUDGE  
/s/ M. Miller Baker  
M. MILLER BAKER, JUDGE