**UNITED STATES COURT OF INTERNATIONAL TRADE**     FORM 7

| Hilti, Inc. | |
|---|---|
| Plaintiff, | Court No. 21-216 |
| v. | and Attached Schedule |
| United States | |
| Defendant. | |

**NOTICE OF DISMISSAL**

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses the action(s) listed on the attached schedule.

Dated: January 11, 2024
_____

s/ Frederic D. Van Arnam, Jr.
_____
Attorney for Plaintiff
Barnes, Richardson & Colburn, LLP
_____
Street Address
100 William Street, Suite 305
_____
City, State and Zip Code
New York, NY 10038- 212-725-0200- Ext 126
_____
Telephone No.

Schedule to Notice of Dismissal

| Court Number(s) | Plaintiff(s) Name | Protest Number(s) or Claim Number(s) (if applicable) | Entry Number(s) (if applicable) |
|---|---|---|---|
| 21-216 | Hilti, Inc. | | |

Order of Dismissal

    The actions listed on the schedule set forth above, having been voluntarily noticed for dismissal by plaintiff, are dismissed.

Dated: _____

                                          Clerk, U. S. Court of International Trade

                                          By: _____
                                                    Deputy Clerk

(As amended Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)